IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01959-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

JONATHANDAVID DANIEL SCHMIER,

    Plaintiff,

v.

THE CITY OF COLORADO SPRINGS,
MATTEW J. DUNICH, Officer, Badge # 1611, and
CARLOTTE RIVERA, Detective, Badge # 1766D,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff, JonathanDavid Daniel Schmier, resides in Virginia Beach, Virginia.   On September 9, 2015, he submitted a Complaint (ECF No. 1).   As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted document is deficient as described in this order. Mr. Schmier will be directed to cure the following if he wishes to pursue his claims.   Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:
(1)  _xx_    is not submitted
(2)  ___    is not on proper form (must use the Court's current form)
(3)  ___    is missing original signature by Plaintiff
(4)  ___    is missing affidavit
(5)  ___    affidavit is incomplete
(6)  ___    affidavit is not properly notarized
(7)  ___    names in caption do not match names in caption of complaint, petition or application
(8)  _xx_    other: _in the alternative, Mr. Schmier may pay the $400.00 filing fee._

**Complaint or Petition:**

(9) \_\_\_ is not submitted
(10) \_\_\_ is not on proper form (must use the court's current form)
(11) \_\_\_ is missing an original signature by the Plaintiff
(12) \_\_\_ is incomplete
(13) \_\_\_ uses et al. instead of listing all parties in caption
(14) \_\_\_ names in caption do not match names in text of Complaint
(15) \_\_\_ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) \_\_\_ other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty days from the date of this Order**. It is

FURTHER ORDERED that Plaintiff shall either pay the $400.00 filing fee, or obtain the Court-approved form used in filing an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), along with the applicable instructions, at www.cod.uscourts.gov, and shall use the form to cure the above noted deficiency. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiency **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED October 6, 2015, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge